DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ALWART v. STATE FARM FIRE AND CASUALTY CO.

No. 5P99

Case below: 131 N.C.App. 538

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.

ASHLEY v. BLACK AND DECKER CORP.

No. 64P99

Case below: 131 N.C.App. 556

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.

BROWN v. TERRY

No. 534P98

Case below: 131 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.

COLEMAN v. HANSEN

No. 541P98

Case below: 131 N.C.App. 334

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.

CUTLER v. WINSLOW

No. 40P99

Case below: 131 N.C.App. 556

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.